# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jack Douglas Teixeira | ) | Case No. |
| | ) | 23-4293-DHH |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 28, 2023  in the county of  Bristol  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 793(b) and (d) | Unauthorized retention and transmission of national defense information |
| 18 U.S.C. § 1924 | Unauthorized removal and retention of classified documents or material |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Patrick Lueckenhoff, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Patrick Lueckenhoff, FBI
*Printed name and title*

Subscribed and sworn to via telephone in accordance
with Federal Rule of Criminal Procedure 4.1

Date:  04/14/2023

*Judge's signature*

City and state:  Boston, Massachusetts    Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*