JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| **Place of Offense:** | **Category No.** _____ | **Investigating Agency** FBI |
|---|---|---|
| City North Dighton | **Related Case Information:** | |
| County Bristol | Superseding Ind./ Inf. _____ | Case No. _____ |
|  | Same Defendant _____ | New Defendant _____ |
|  | Magistrate Judge Case Number | |
|  | Search Warrant Case Number | 23-4242, 4243, 4244, 4952 |
|  | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name  Jack Douglas Teixeira      Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address  (City & State)  North Dighton, MA

Birth date (Yr only): 2001   SSN (last4#): 6392   Sex M   Race: W   Nationality: US

**Defense Counsel if known:**   Josh Hayne        Address  51 Sleeper Street, Boston, MA

**Bar Number**  _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini         Bar Number if applicable  545606

Interpreter:  ☐ Yes  ☑ No       List language and/or dialect:  _____

Victims:  ☐ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested       ☐ Regular Process       ☑ In Custody

**Location Status:**

Arrest Date  _____

☑ Already in Federal Custody as of   04/13/2023   in   Massachusetts
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☐ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  04/14/2023         Signature of AUSA:  /s/ Nadine Pellegrini

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | _____ | _____ | _____ |
| Set 2 | _____ | _____ | _____ |
| Set 3 | _____ | _____ | _____ |
| Set 4 | _____ | _____ | _____ |
| Set 5 | _____ | _____ | _____ |
| Set 6 | _____ | _____ | _____ |
| Set 7 | _____ | _____ | _____ |
| Set 8 | _____ | _____ | _____ |
| Set 9 | _____ | _____ | _____ |
| Set 10 | _____ | _____ | _____ |
| Set 11 | _____ | _____ | _____ |
| Set 12 | _____ | _____ | _____ |
| Set 13 | _____ | _____ | _____ |
| Set 14 | _____ | _____ | _____ |
| Set 15 | _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013