UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Criminal No. 23-cr-4293-DHH<br>JACK DOUGLAS TEIXEIRA, )<br>)<br>Defendant. )<br>) | |

## APPEARANCE OF COUNSEL

I, Jason A. Casey, hereby enter my appearance in this matter as counsel for the United States of America.

Respectfully submitted,

*/s/ Jason A. Casey*
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
Email: jason.casey2@usdoj.gov
Phone: (617) 748-3100

## Certificate of Service

I hereby certify that this document was filed on April 18, 2023, through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Jason A. Casey*
Jason A. Casey