UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant | No. 1:23-MJ-04293 |

NOTICE OF APPEARANCE

Please enter and add the appearance of National Security Division Trial Attorney, Christina Clark, for the United States of America in the above-captioned matter.

          Respectfully submitted,

          MATT G. OLSEN
          Assistant Attorney General for National Security
          National Security Division
          U.S. Department of Justice


By:    /s/ Christina A. Clark
          Christina A. Clark
          Trial Attorney
          Counterintelligence and Export Control Section
          National Security Division
          U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

      /s/ Christina A. Clark_____
Christina A. Clark
Trial Attorney

Date: April 18, 2023