AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Jack Teixeira | )  Case No.  22 -mj-04293-DHH |
| | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4/17/23

*Defendant's signature*

*Signature of defendant's attorney*

Brendan Kelley - MA 569054
*Printed name and bar number of defendant's attorney*

51 Sleeper St.
5th Floor
Boston, MA 02210

*Address of defendant's attorney*

brendan_kelley@fd.org
*E-mail address of defendant's attorney*

617-223-8061
*Telephone number of defendant's attorney*

617-223-8080
*FAX number of defendant's attorney*