UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                )   No. 1:23-mj-04293<br>)<br>JACK DOUGLAS TEIXEIRA    )<br>) | |

ASSENTED-TO MOTION FOR CONTINUANCE OF DETENTION HEARING

Now comes the defendant Jack Douglas Teixeira with the assent of the government and moves this Honorable Court to continue the detention hearing scheduled for April 19, 2023 for approximately two weeks to a date convenient to the Court and parties. In support thereof, the defense requires more time to address the issues presented by the government's request for detention.

Respectfully submitted,

*/s/ Brendan Kelley*
Brendan Kelley
Assistant Federal Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

ALLOWED David H. Hennessy U.S.M.J.
Apr 19, 2023

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 18, 2023.

*/s/ Brendan Kelley*
Brendan Kelley