



Case 1:23-mj-04293-DHH   Document 19-9   Filed 04/26/23   Page 3 of 3