**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 23-4293-DHH |
| | ) | |
| JACK DOUGLAS TEIXEIRA | ) | |

**DEFENDANT JACK DOUGLAS TEIXEIRA'S DETENTION HEARING**

**Exhibit 1**

**Photographs of Jack Teixeira's arrest**

WCVB

WCVB

abc
WCVB