| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Lawrence A. Franklin | 2005 | EDVA<br><br>05-cr-00225<br>05-cr-00421 | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g)<br><br>–Communication of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–Conspiracy to communicate classified information, 18 U.S.C. § 371<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e) | Classified military information regarding U.S. policy toward Iran disclosed to pro-Israel lobbyists and an Israeli diplomat | No | $100,000 unsecured bond<br><br>–Conditions of release unknown, unavailable on Pacer | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g)<br><br>–Conspiracy to communicate classified information, 18 U.S.C. § 371<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e) | –Total term of 151 months in prison, followed by 3 years supervised release<br><br>–$10,000 fine<br><br>–Continued on current bond conditions to self-surrender, with delayed reporting date |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Shamai K. Leibowitz | 2009 | MD 09-cr-00632 | –Disclosure of classified information, 18 U.S.C. § 798(a)(3) | Leaked classified FBI documents to a blogger | No | –Report on a regular basis to Pretrial Services Supervision<br><br>–Surrender any passports and obtain no new passports<br><br>–Travel restricted to Washington, DC metropolitan area and get prior approval for further travel from Pretrial<br><br>–Do not move without Pretrial permission | –Disclosure of classified information, 18 U.S.C. § 798(a) | –20 months in prison, followed by 3 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Jeffrey Sterling | 2010 | EDVA 10-cr-00485 | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–Unauthorized disclosure of national defense information, 18 U.S.C. § 793(e) (3 counts)<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Mail fraud, 18 U.S.C. § 1341 | Classified information regarding efforts to sabotage Iranian nuclear research divulged to NYT reporter James Risen | No | –Released on personal recognizance, unsecured bond of $10,000 consigned by third party custodian<br><br>–Placed in custody of third party custodian<br><br>–Actively seek employment<br><br>–Do not depart Washington, DC metropolitan area without preapproval by Pretrial or Court | All counts except one | –42 months in prison as to each count, all to run concurrent<br><br>–2 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | –Unauthorized conveyance of government property, 18 U.S.C. § 641<br><br>–Obstruction of justice, 18 U.S.C. § 1512(c)(1) | | | –Avoid all contact and communication with alleged victims or potential witnesses unless in presence of defense counsel<br><br>–Report to Pretrial<br><br>–Refrain from possessing a firearm<br><br>–Refrain from excessive use of alcohol<br><br>–Undergo psychiatric treatment and take all prescribed medications and waive privacy rights to mental health records<br><br>–Surrender passport and obtain no new passport<br><br>–Notify any employer of being under indictment and the charges involved | | |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Stephen J. Kim | 2010 | DC 10-cr-00225 | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d)<br><br>–False statements, 18 U.S.C. § 1001(a)(2) | Shared classified information from an intelligence report on North Korea with Fox News reporter | No | –Bond in the amount of $100,000 secured by real property<br><br>–Report weekly by phone to Pretrial<br><br>–Shall not travel more than 25 miles outside the Washington, DC metropolitan area without pre-approval of Pretrial, except can travel to California for work or to visit his son with advance written notice to pretrial and government<br><br>–Any rearrest on probable cause for any subsequent offense may result in revoking present bond and being held without bail | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) | –13 months in prison, followed by 12 months of supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| James Hitselberger | 2012 | DC 12-cr-00231 | –Unlawful retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Unauthorized removal of a public record, 18 U.S.C. § 2071(a) | Classified materials concerning Bahrain to the Hoover Institution | No (released after four and a half months in custody) | –Release to high intensity supervision program with GPS location monitoring<br><br>–To reside with aunt, may leave only for appointments with doctors, lawyers, or Pretrial Services, or to attend religious services<br><br>–Prohibited from entering or being in immediate vicinity of Union Station, any other bus or train station that provides service outside of the Washington metropolitan area, or any airport<br><br>–May not travel further than 25 miles from Washington, DC for any reason<br><br>–Meet with Pretrial once a week and call officer at designated time every day<br><br>–Surrender passport and obtain no new passport | –Unauthorized removal and retention of classified documents, 18 U.S.C. § 1924 | –Time served<br><br>–No additional supervision or supervised release shall be imposed<br><br>–$250 fine |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| John Kiriakou | 2012 | EDVA 12-cr-00127 | –Disclosure of classified information identifying a covert agent, 50 U.S.C. § 421(a)<br><br>–Transmission of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–False statements, 18 U.S.C. § 1001(a)(1) | Disclosing identity of CIA officials involved in interrogation abuse to journalists | No | –Released on personal recognizance, $250,000 unsecured bond<br><br>–Bond to be signed by wife and brother within 5 days<br><br>–Do not depart Washington, DC metropolitan area without prior approval of Pretrial or the Court<br><br>–Prior approval needed from Pretrial to travel outside Metro area<br><br>–Do not move from residence without prior approval of Pretrial or the court<br><br>–Avoid all contact with any witnesses<br><br>–Report on a regular basis to Pretrial<br><br>–Surrender any passport and obtain no new passport | –Disclosure of classified information identifying a covert agent, 50 U.S.C. § 421(a) | –30 months in prison, followed by 3 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Donald Sachtleben | 2012 | SDIN 12-cr-00127 13-cr-00200 | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) <br><br>–Unauthorized possession and retention of national defense information, 18 U.S.C. § 793(e) <br><br>–Distributing child pornography, 18 U.S.C. § 2256(2)(A) <br><br>–Possession of child pornography, 18 U.S.C. § 2252(a)(4)(B) | Classified information regarding foiled bomb plot in Yemen to the AP | No | –Supervision by Pretrial <br><br>–Continue or actively seek employment <br><br>–Surrender any passport and obtain no new passport <br><br>–Travel restricted to SDIN unless pre-approved by Pretrial <br><br>–Avoid all contact with any co-defendants or potential co-defendants <br><br>–Do not possess a firearm <br><br>–Do not use alcohol and submit to testing <br><br>–Home detention with location monitoring– may leave only for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or other pre-approved by Pretrial | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) <br><br>–Unauthorized possession and retention of national defense information, 18 U.S.C. § 793(e) <br><br>–Distributing child pornography, 18 U.S.C. § 2256(2)(A) <br><br>–Possession of child pornography, 18 U.S.C. § 2252(a)(4)(B) | –43 months in prison as to Counts One and Two, to run consecutive with 97-month sentence imposed in child pornography case <br><br>–Total of 7 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | | | | –Random searches of person, residence, and property by Pretrial and/or any law enforcement officers accompanying them<br><br>–Special conditions related to child pornography charges– including not possessing any computer | | |
| Robert Birchum | 2023 | MDF 23-cr-00032 | - Unlawful retention of national defense information 18 U.S.C. § 793(e) | - NSA documents relating to national defense that discuss NSA capabilities and methods of collection. | No | - Report by phone every Tuesday no later than 4:00pm to US Pretrials Service.<br>- Surrender Passport<br>- Not travel outside MDF<br>- Submit Mental Health Eval<br>- Not use, posess or own firearms, weapons or destructive devices and shall not purchase any new firearms, dangerous weapons or destructive devices. | - Unlawful retention of national defense information 18 U.S.C. § 793(e) | Continued to 6/1/23 |