

U.S. Department of Justice
Federal Bureau of Investigation

**DECLARATION OF LUKE CHURCH, SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION**

I, LUKE CHURCH, do hereby declare and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since August 2022. As a Special Agent, I have received training at the FBI Academy located in Quantico, Virginia, including training on investigative methods and training specific to counterintelligence and espionage investigations. I am currently assigned to a squad at the FBI Washington Field Office, Counterintelligence Division, where I primarily investigate counterintelligence and espionage matters. During the course of these investigations, I have conducted or participated in witness and subject interviews, service of subpoenas, the execution of search and arrest warrants, the seizure of evidence, including computer, electronic, and email evidence, as well as requested and reviewed pertinent records. Based on my experience and training, I am familiar with the requirements for the handling of classified documents and information. I am also familiar with the methods used by individuals engaged in the unlawful use or disclosure of classified information.

2. I am currently investigating the activities of JACK DOUGLAS TEIXEIRA ("TEIXEIRA"), whom I believe willfully retained and transmitted classified national defense information to a person not entitled to receive it in violation of 18 U.S.C. § 793(b) and (d) and 18 U.S.C. § 1924. I previously submitted two declarations in this matter, and I make the following

ATTACHMENT

A

statements based upon my personal knowledge and information made available to me in my official capacity.

3. As described in my prior declarations, during the course of my investigation, I have reviewed records lawfully obtained from the social media platform where TEIXEIRA originally posted classified national defense information (the "Social Media Platform"). As described in the Affidavit in Support of an Application for a Criminal Complaint and Arrest Warrant ("Affidavit") for TEIXEIRA, the Social Media Platform provided the FBI with subscriber information for the user of a particular username that indicated the billing name associated with that username was "Jack Teixeira," and the billing address associated with that username was a residence I know to be associated with TEIXEIRA.

4. The Social Media Platform also provided information reflecting that TEIXEIRA posted government information, as defined in the Complaint, in at least three separate servers. The subscriber information reflects that one of those servers had at least 150 unique users, some of whom represented that they lived in foreign countries, and some of whom used foreign IP addresses to log on to the Social Media Platform.

5. Portions of the records from the Social Media Platform reflect the following interactions between TEIXEIRA and others on the server:

- 15 November 2022

> TEIXEIRA: I remember reading that on a TS network
> . . .
> TEIXEIRA: I work in airforce intel
> . . .
> User: Would have been nice
> User: If you alerted us that a drone was heading to crash in the middle of a suburb of our capital?
> TEIXEIRA: We did
> TEIXEIRA: Just not the people
> User: Official government statement was nobody said shit

User: And nobody saw it
TEIXEIRA: Yeah I expect that to be the official statement
TEIXEIRA: My gov would have done the same downplay strategy
User: What is a ts network
TEIXEIRA: Top secret
. . .
TEIXEIRA: Like SCI noforn, hcs
. . .
User: What is being said now about this loose ukrainian missile?
TEIXEIRA: I mean I'm hoping to get back to work in the next week rn I have covid
TEIXEIRA: When I do get back however I will let u know

- 19 November 2022

TEIXEIRA: That depends on if you consider usaf intelligence to be glowies
. . .
TEIXEIRA: I don't even do cool shit like domestic operations it's all foreign intel
. . .
TEIXEIRA: I work with NRO, NSA, NGA and DIA people mostly
TEIXEIRA: Tbh I'd rather get a comfy position at MSIC or NASIC
User: when you do intel tho no coming back
User: you're on a list
User: rest of your life
TEIXEIRA: I'm aware they made me sign and NDA
. . .
TEIXEIRA: I had to go through indoc for TS/SCI
TEIXEIRA: I'm on JWICS weekly
TEIXEIRA: Knowing what happens more than pretty much anyone else is cool

- 22 and 23 November 2022

TEIXEIRA: I'm just in the know
. . .
TEIXEIRA: I've elaborated in this already
. . .
TEIXEIRA: no, but it was a way of telling you that the answer has already been given on this server you just need to find it
TEIXEIRA: i dont talk much so it won't be hard
. . .
TEIXEIRA: usaf intel

- 2 December 2022

TEIXEIRA: im trying to find which intel summary i put it in
TEIXEIRA: FUCK
TEIXEIRA: I hate being disorganized
User: wasn't it a long time ago?
. . .
TEIXEIRA: no this is recent
. . .
TEIXEIRA: found it
TEIXEIRA: as far as i know this still isnt public information
TEIXEIRA: i work in intel

- 6 December 2022

TEIXEIRA: The information I give here is less than half of what's available
TEIXEIRA: I work with all geopol
. . .
TEIXEIRA: I just think people aren't interested in hearing the rest
TEIXEIRA: Kek no
TEIXEIRA: I'm breaking a ton of UD regs
. . .
TEIXEIRA: Idagf what they say I can or can't share
TEIXEIRA: All of the shit I've told you guys I'm not supposed to
User: Please leak confidential military documents for our amusement
TEIXEIRA: It's TS/SCI

- 4 January 2023

TEIXEIRA: I'm not home yet there's a lot more interesting things happening soon
TEIXEIRA: I'll elab when I'm home
. . .
TEIXEIRA: ok
TEIXEIRA: theres gonna be a fuck ton of information here
. . .
TEIXEIRA: it may be irrelevant, but its not just ukraine i cover
TEIXEIRA: i have stuff for israel, palestine, syria, iran, china
TEIXEIRA: SE asia, sometimes western europe
TEIXEIRA: DPRK, ROK
TEIXEIRA: i don't usually cover south america that much anymore
TEIXEIRA: before the war i was assigned to middle eastern intelligence gathering tasks
TEIXEIRA: that was my primary aor
TEIXEIRA: then they kinda tried to rip me away from that to put full focus on the war
User: Maybe you should start a blog, that way you have an organized place to post it all

TEIXEIRA: shooting myself in the back of the head twice isnt something im fond of
TEIXEIRA: none of this is public information
TEIXEIRA: and making a blog would be the equivalent of what chelsea manning did
User: What I was thinking
User: better be careful then
TEIXEIRA: i am
TEIXEIRA: man, how fucked up is it i can type out all that shit and still be ready for more but can barely get through a two page college paper

- 26 January 2023

TEIXEIRA: I work in Air Force intel
. . .
TEIXEIRA: Just telling you what we heard and write reports on
. . .
TEIXEIRA: If you wait a sec I can get you hard numbers

- 26 January 2023

User: Excalibur im spooked about my account for my back ground check, ban my ass from your server and select the delete all message history option. Nothing major but im purging my accounts recently so it would be a big favor. ill be back later im just going through background checks rn so im being extra careful
User: I know it's overkill but Im just trying to be safe
TEIXEIRA: i understand
User: N
TEIXEIRA: i went through the same thing getting my ts/sci

- 13 February 2023

TEIXEIRA: I have some insight since my home station is with an intel unit
. . .
TEIXEIRA: I don't do much dompol tho
TEIXEIRA: It's mostly geopol
TEIXEIRA: Oconus shit

6. The interactions described above do not reflect all my knowledge on this matter or all relevant, inculpatory, or violent messages that I observed. They are instead offered to provide the Court with representative sample of certain messages attributable to TEIXEIRA.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Luke Church
Special Agent, Federal Bureau of Investigation