

**DEPARTMENT OF THE AIR FORCE**
**102D INTELLIGENCE WING (ACC)**
**MASSACHUSETTS AIR NATIONAL GUARD**
**OTIS AIR NATIONAL GUARD BASE MASSACHUSETTS**

04 Feb 2023

MEMORANDUM FOR RECORD

FROM: 101IS/OPs

SUBJECT: A1C Teixeira

1. On 30 Jan 2023, MSgt H███ was walking the Ops floor when she observed A1C Teixeira on a JWICS machine. MSgt H███ observed A1C Teixeira viewing content that was not related to his primary duty and was related to the intelligence field. A1C Teixeira had been previously notified to focus on his own career duties and to not seek out intelligence products.

2. 30 Jan 2023, MSgt H███ notified SMSgt H███ of her observation.

**ATTACHMENT**

**B-3**