

# CERTIFICATE OF COMPLETION

This is to certify that

## Jack Teixeira

has completed

Unauthorized Disclosure (UD) of Classified Information and Controlled Unclassified Information (CUI)

March 3, 2022

Verification Code
TMg0MZJ6ql

Heather M. Mardaga
Director, CDSE

**ATTACHMENT C**



# CERTIFICATE OF COMPLETION

Unauthorized Disclosure (UD) of Classified Information and CUI

Jack Teixeira

Heather Mardaga
Director, CDSE

March 24, 2023