UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JACK DOUGLAS TEIXEIRA, )<br>)<br>Defendant. )<br>) | MBD No.   23-MC-91317-NMG |

[~~PROPOSED~~]
**ORDER ON EXCLUDABLE DELAY**

Upon consideration of the Government's motion seeking an order of excludable delay, the Court orders the time period from April 14, 2023, through and including the date of the disposition of the motion for detention, that is, May 19, 2023, excluded from the time within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161(c)(1). In doing so, the Court finds that this period constitute a "delay resulting from any pretrial motion" and a "delay reasonably attributable to any period, not to exceed thirty days, during which any proceeding concerning the defendant is actually under advisement by the court," 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(H).

So ordered.

Dated: 05/19/2023

_____
NATHANIEL M. GORTON
United States District ~~Court~~ Judge