UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>                                                       )        Criminal No. 23-mj-04293-DHH<br>JACK DOUGLAS TEIXEIRA,          )<br>                                                       )<br>            Defendant                    )<br>_____) | |

## ORDER ON MOTION TO APPOINT CJA COUNSEL

June 5, 2023

Hennessy, M.J.

      Defendant has moved for appointment of counsel pursuant to the Criminal Justice Act to participate with the Office of the Federal Public Defender ("FPD") in Massachusetts in representing Defendant.  In support of this motion, Attorney Brendan Kelley of the FPD submitted an ex parte sealed affidavit on June 2, 2023.  For the reasons stated in Mr. Kelley's affidavit, the motion is ALLOWED.

      Attorney Michael K. Bachrach who serves on the CJA panel for the Southern District of New York and is a member of the CJA Capital Panel for the Southern District of New York, the CJA Capital Panel for the Eastern District of New York, and the CJA Terrorism Panel for the Eastern District of New York is hereby appointed.

2

      Attorneys Kelley and Bachrach are directed to contact Michael Andrews, the First Circuit Case Budgeting Attorney, at 617 748-9104, to establish budgeting guidelines for the services of Attorney Bachrach.

      / s / David H. Hennessy  
      David H. Hennessy  
      United States Magistrate Judge