**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>JACK DOUGLAS TEIXEIRA, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 23-mj-04296-DHH |

I, Michael K. Bachrach, Esq., hereby state the following under the pains and penalties of perjury:

1. I am an attorney admitted to practice law in the State of New York, the State of Minnesota, and the District of Columbia, and am a member in good standing in each of those jurisdictions.

2. I have never been the subject of any disciplinary proceedings and there are none pending against me.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 5, 2023

_____
Michael K. Bachrach, Esq.
Law Office of Michael K. Bachrach
224 West 30th Street, Suite 302
New York, NY 10001
(212) 929-0592
michael@mbachlaw.com