UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>JACK DOUGLAS TEIXEIRA, )<br>)<br>Defendant. )<br>) | Criminal No. 23-mj-04296-DHH |

**NOTICE OF APPEARANCE**

I, Michael K. Bachrach, Esq., hereby enter my appearance *pro hoc vice* on behalf of Jack Teixiera, the defendant in the above-captioned matter.

Dated: June 6, 2023

/s/ Michael K. Bachrach
Michael K. Bachrach, Esq.
Law Office of Michael K. Bachrach
224 West 30th Street, Suite 302
New York, NY 10001
(212) 929-0592
michael@mbachlaw.com

**Certificate of Service**

I hereby certify that this document was filed on June 6, 2023, through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Michael K. Bachrach
Michael K. Bachrach